No. 82–759. KAWASAKI MOTORS CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 82–771. UNION OIL COMPANY OF CALIFORNIA ET AL. *v.* UNITED STATES DEPARTMENT OF ENERGY ET AL. Temp. Emerg. Ct. App. Certiorari denied.

No. 82–772. HUBBARD BROADCASTING, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 8th Cir. Certiorari denied.

No. 82–784. JONES *v.* BIRDSONG ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–785. FORT BELKNAP INDIAN COMMUNITY ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 82–793. HUDSON *v.* HUDSON. Ct. App. Ind. Certiorari denied.

No. 82–798. COLETTA ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–800. WOOTEN, AS FATHER AND NEXT FRIEND OF WOOTEN *v.* AMERICAN MOTORISTS INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 82–817. CARMICHAEL ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 82–821. STROH *v.* WASHINGTON STATE BAR ASSN. Sup. Ct. Wash. Certiorari denied.

No. 82–839. AMERICANA HEALTHCARE CORP. ET AL. *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 7th Cir. Certiorari denied.